

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★     ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00274-CV

**IN RE** Irma **PEREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   May 27, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On May 22, 2009, relator filed a petition for writ of mandamus. Relator also filed a motion for emergency stay. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 6-672, styled *In the Interest of C.J.T., a minor child*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose Lopez presiding.